# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JESSIE WALKER, | NO. CV 09-5255-GAF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| LINDA SANDERS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice as moot.

DATED: September 2, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE